# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LOUIS SIMS CLARK, JR.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:10-cr-00447-LDG-PAL<br><br>**ORDER** |

On September 24, 2010 the Federal Public Defender was appointed to represent Louis Sims Clark, Jr., in the above-entitled matter. The court has now been informed that Attorney Michael Cristalli was previously appointed to represent Mr. Clark for a Petition on Violation of Supervised Release in case 2:03-cr-350-021-LRH-LRL. Mr. Cristalli replaced the Federal Public Defender in case 2:03-cr-350-021-LRH-LRL due to a potential conflict.

In order to maintain continuity of representation and avoid potential conflict,

**IT IS HEREBY ORDERED** that Michael Cristalli, Esq. is **APPOINTED** as counsel for Louis Sims Clark, Jr., in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Cristalli forthwith.

Dated this 21st day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge